<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6783**

———————

MARK RICHARD,

                                        Plaintiff - Appellant,

      versus

CARL R. REED, Sheriff of Fairfax County;
SERGEANT SOUSA; SEVERAL UNKNOWN DEPUTIES,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge. (CA-99-259)

———————

Submitted: August 19, 1999      Decided: August 26, 1999

———————

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Mark Richard, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark Richard, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint under 28 U.S.C.A. § 1915A(b)(1) (West Supp. 1999). We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Richard v. Reed</u>, No. CA-99-259 (E.D. Va. May 4, 1999).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

* Although the district court's order is marked as "filed" on May 3, 1999, the district court's records show that it was entered on the docket sheet on May 4, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986) (1994).